John McGHEE, Plaintiff–Appellant,

v.

UNITED STATES of America,
Defendant–Appellee,

and

Federal Bureau of Prisons; Bryan
Moon; M. Lee; G. Ortiz; Robin Hunt-
er–Busker; Nurse Scott, Defendants.

No. 13–6514.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 23, 2013.

John McGhee, Appellant pro se. David
T. Huband, Christina Ann Kelley, Bureau
of Prisons, Butner, North Carolina, for
Appellees.

Before WILKINSON, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John McGhee appeals the district court's
order denying relief on his complaint filed
pursuant to the Federal Tort Claims Act,
28 U.S.C.A. §§ 1346(b)(1), 2671–2680
(West 2006 & Supp.2013). We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *McGhee
v. United States,* No. 5:09–ct–03192–BO,

2013 WL 1246851 (E.D.N.C. Mar. 26,
2013). No judge of the en banc court
requested a poll on McGhee's motion for
en banc hearing. Accordingly, the motion
is denied. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*AFFIRMED.*